**MINUTES**
**Virginia Port Authority Board of Commissioners**
**Regular Public Meeting, Session 413**
**May 9, 2023**

The Virginia Port Authority ("VPA") Board of Commissioners ("Board") held its regular meeting on May 9, 2023 in the VPA Boardroom, 600 World Trade Center, 101 W Main St, Norfolk, Virginia.

| Commissioners Present: | Commissioners Absent: |
|---|---|
| Aubrey L. Layne, Chair | |
| Faith B. Power, Vice Chair | |
| John C. Asbury | Maurice A. Jones |
| James C. Burnett | Eva Teig Hardy |
| Jason El Koubi | |
| John W. Kirk III | |
| Edward F. O'Callaghan | |
| Michael W. Coleman | |
| Deborah C. Waters | |
| Shaza L. Andersen | |
| David L. Richardson | |

**VPA Staff Present:**
Stephen A. Edwards, CEO and Executive Director
Rodney W. Oliver, Chief Financial Officer
Cathie J. Vick, Chief Development and Public Affairs Officer
Sarah J. McCoy, General Counsel and Chief Administrative Officer
Jodie Asbell, Sr. Executive Administrative Assistant and Assistant Secretary to the Board
Joe Harris, Senior Director, Communications
Barb Nelson, VP, Development and Transportation Policy
Melissa Fularon, Director, Grant Program Administration
Jackie Campbell, IT Support
Andrew Sinclair, Director, Federal Government Affairs

**Virginia International Terminals, LLC (VIT) Staff Present:**
Thomas D. Capozzi, Chief Sales Officer
Joseph P. Ruddy, Chief Operations Officer
Amanda Nelson, Vice President, Growth
Christina Harris, Director, Project Management Office
Jessica Gaskins, Manager, Strategic Communications
Lisa Nelson, Executive Administrative Assistant

**Guests:**
David White, Virginia Maritime Association
Whiting Chisman, Virginia Pilots
Brian Jeffries, CMA/CGM
Brandon Edwards, ILA
Kevin Halstead, ILA
Jonathan Coley, ILA
Larry Bachtel, ILA
Jeremy Bridges, HRSA
Roger Giesinger, HRSA
Anne Bibeau, Woods Roger Vandeventer Black
Florence Kingston, City of Newport News

1

Exhibit 1

**MINUTES**
**Virginia Port Authority Board of Commissioners**
**Regular Public Meeting, Session 413**
**May 9, 2023**

**I.     Call to Order**

Chair Layne called the meeting to order at 9:00am.

**II.     Safety Briefing**

A safety briefing was conducted by Joseph P. Ruddy, Chief Operations Officer, VIT.

**III.     Approval of Minutes**

Following a motion by Commissioner Kirk, seconded by Commissioner El Koubi, the minutes of the Board meeting held March 14, 2023 were approved unanimously.

**IV.     Introductions and Opportunity for Public Comment**

At this time, Chair Layne requested introductions of guests from Joe Harris and welcomed the opportunity for public comment.

**V.     Committee Reports**

> **a.   Executive Committee Report – Chair Aubrey L. Layne**

Chair Layne reported that the Executive Committee met on Monday, May 8, 2023 where the Committee received an overview on the Virginia Port Authority's enabling legislation from Sarah McCoy and also received information on the General Assembly redistricting.  Finally, Committee received an update on succession planning at the port by Stephen Edwards.

Chair Layne reported on the following Memorandums of Board Action authorizing the Executive Director to execute the respective contracts.  The written consent of the Chair of the Board and the Chair of the Finance and Audit Committee was granted on April 20, 2023.

- Authorization of the Executive Director to enter into a contract with Allan Myers, Inc. for the acquisition of civil works at north Norfolk International Terminals (NIT).
- Authorization of the Executive Director to enter into a contract with Konecranes for the acquisition of thirty-six (36) Automated Stacking Cranes (ASC) for use at north Norfolk International Terminals (NIT).
- Authorization of the Executive Director to enter into a contract with Shanghai Zhenhua Heavy Industries Company (ZPMC) Limited for the acquisition of four (4) low-profile ship-to-shore cranes for use at north Norfolk International Terminals (NIT).

The next order of business, Chair Layne appointed a Governance Committee, in lieu of a Nominating Committee, to determine nominees for the Officers of the Board for fiscal year 2024 and to examine the meeting cadence for the upcoming year as well as the current committee structure/assignments.  The Governance Committee members are as follows:

- Faith Power, Chair
- Eva Tieg Hardy
- Michael W. Coleman

2

Exhibit 1

**MINUTES**
**Virginia Port Authority Board of Commissioners**
**Regular Public Meeting, Session 413**
**May 9, 2023**

- John W. Kirk, III

Chair Layne explained that in reviewing the enabling legislation, it is the VPA Board's duty to develop commerce through the Port of Virginia and oversee the operation of the Authority.

Chair Layne noted that Cathie Vick will serve as the executive liaison for the committee and requested a report of the committee be made at the Executive Committee's regularly scheduled meeting on July 10 and invited all board members to attend.

Chair Layne reported that the Investment Committee met on May 1, 2023 and received information from BCG Pension Risk Consultants on options for the VIT Defined Benefit Plan to purchase annuities for retirees in the plan to reduce future investment risk and administrative costs. The committee agreed to obtain quotes and will reconvene to review and report back to the board on any action.

At this time, Commissioner Burnett added that third party providers are not subject to the same costs and expenses that the port is subject to and there is a real cost saving benefit while maintaining the full safety and security of the retirement benefits for VIT retirees.

**b. Finance and Audit Committee Report – Committee Chair James C. Burnett**

Chair Burnett reported that the Finance and Audit Committee met yesterday afternoon and received presentations from PB Mares on FY23 Audit Planning and from management on fiscal year 2023 financial performance to date. A detailed FY24 consolidated budget presentation was given by Kenon Thomas and Nina Malone. The committee also received information on the north NIT contract executions, Bond Sale results, Aid to Local Ports and Waterway Maintenance Fund grants, and reviewed a resolution for the purchase of additional ship-to-shore cranes.

With regards to FY23 Audit planning, Mike Garber, Audit Partner with PB Mares, will lead the audit and he provided an overview of the audit planning process. Mr. Garber will have full access to the board and management during the audit process.

With regards to the Bond Sale results, VPA received favorable market reception and successfully priced its 2023A and 2023B bonds and the bonds were more than three times oversubscribed. This resulted in a Net Present Value savings of a little over $3 million.

**FY24 Budget and VPA Consolidated Financial Reports for FY23 to Date Ending March 31, 2023 – Rodney Oliver**

R. Oliver reviewed major budget assumptions, macroeconomic and industry conditions, volume growth assumptions, risks, and trends considered when preparing the FY24 budget. He noted that volume growth is estimated at 2 percent with a CAGR rate of 6.9 percent over a four year period.

R. Oliver reviewed the Capital Budget describing the capital projects and related equipment purchases and the summary by funding source.

3

Exhibit 1

**MINUTES**
**Virginia Port Authority Board of Commissioners**
**Regular Public Meeting, Session 413**
**May 9, 2023**

In summary, R. Oliver reported strong operating and cash flow results, continued capital investments targeted at capacity and efficiency improvements, and strong debt service coverage ratios.

R. Oliver reported on financial results ending March 31, 2023 and through the first nine months of the fiscal year, cargo volume is down 4.1 percent as compared to budget. Operating revenues are in line with expectation, operating income/EBITDA is positive and ahead of expectation and cash flow is very strong.

R. Oliver reviewed capital and related financing activities and noted that acquisition of capital assets for FY23 is substantially ahead of FY22. This will continue to increase in FY24 due to expenditures related to the NIT optimization project.

R. Oliver reviewed the transfer from primary government and the net transfers which included funding for the channel dredging and offshore wind projects.

**Aid to Local Ports (ALP) and Waterway Maintenance Grant Projects – Cathie Vick**

C. Vick presented on the Aid to Local Ports grant requests and briefly described the seven projects that are being recommended for approval. C. Vick also reported recommended carryover requests for several projects that have not been completed as outlined in Resolution 23-06.

C. Vick presented on the Waterway Maintenance Funding grant requests and briefly described the three project applications that are recommended for approval as outlined in Resolution 23-07.

**Consideration of Resolution 23-05**

At this time, Commissioner Burnett reported that the Finance and Audit Committee recommended approval of Resolution 23-05

**ACTION:** Upon motion by Mr. Burnett, seconded by Mr. El Koubi, approving the Virginia Port Authority's Consolidated Annual Budget for Fiscal Year Ending June 30, 2024.

Ayes: 11 (Burnett, Layne, Asbury, El Koubi, Kirk, O'Callaghan, Power, Waters, Andersen, Richardson, Coleman)
Nays: 0
Abstention: 0
Absent During Vote: 2 (Jones, Hardy)
Absent During Meeting: 2 (Jones, Hardy)

**Consideration of Resolution 23-06 and Resolution 23-07**

At this time, Commissioner Burnett reported that the Finance and Audit Committee unanimously recommended the approval of Resolutions 23-06 and 23-07:

**ACTION:** Upon motion by Mr. Burnett, seconded by Mr. El Koubi, the Board unanimously adopted Resolution 23-06, authorizing Aid to Local Ports Funding (FY24) totaling an estimated

4

Exhibit 1

**MINUTES**
**Virginia Port Authority Board of Commissioners**
**Regular Public Meeting, Session 413**
**May 9, 2023**

$1,000,000 to the Town of Cape Charles, County of Gloucester, City of Newport News, County of Northampton, Town of Saxis, Town of Tangier, and Town of Wachapreague, and approved the carry over funds, as described in the Resolution.

Ayes: 11 (Burnett, Layne, Asbury, El Koubi, Kirk, O'Callaghan, Power, Waters, Andersen, Richardson, Coleman)
Nays: 0
Abstention: 0
Absent During Vote: 2 (Jones, Hardy)
Absent During Meeting: 2 (Jones, Hardy)

**ACTION:**    Upon motion by Mr. Burnett, seconded by Mr. Coleman, the Board unanimously adopted Resolution 23-07, authorizing Waterway Maintenance Grant Funding (FY24) totaling an estimated $4,000,000 to the County of Mathews and the County of Northampton, as described in the Resolution.

Ayes: 11 (Burnett, Layne, Asbury, El Koubi, Kirk, O'Callaghan, Power, Waters, Andersen, Richardson, Coleman)
Nays: 0
Abstention: 0
Absent During Vote: 2 (Jones, Hardy)
Absent During Meeting: 2 (Jones, Hardy)

**Consideration of Resolution 23-08**

At this time, Commissioner Burnett reported that the Finance and Audit Committee unanimously recommended the approval of Resolution 23-08.

**ACTION**: Upon motion by Mr. Burnett, seconded by Mr. Coleman, authorizing the Executive Director to Execute a Contract for the Acquisition of Civil Works for Electrical Improvements to Norfolk International Terminals.

Ayes: 11 (Burnett, Layne, Asbury, El Koubi, Kirk, O'Callaghan, Power, Waters, Andersen, Richardson, Coleman)
Nays: 0
Abstention: 0
Absent During Vote: 2 (Jones, Hardy)
Absent During Meeting: 2 (Jones, Hardy)

**Consideration of Resolution 23-09**

**ACTION:**    Upon motion by Mr. Burnett, seconded by Mr. Coleman, authorizing the Virginia Port Authority to exercise an existing contract for the acquisition of three (3) additional ship-to-shore cranes and related equipment and systems for Virginia International Gateway and Norfolk International Terminals.

Ayes: 11 (Burnett, Layne, Asbury, El Koubi, Kirk, O'Callaghan, Power, Waters, Andersen, Richardson, Coleman)
Nays: 0

Exhibit 1

**MINUTES**
**Virginia Port Authority Board of Commissioners**
**Regular Public Meeting, Session 413**
**May 9, 2023**

Abstention: 0
Absent During Vote: 2 (Jones, Hardy)
Absent During Meeting: 2 (Jones, Hardy)

### c. Operations and Infrastructure Committee – Committee Chair Deborah C. Waters

Commissioner Waters reported that the Operations and Infrastructure Committee met yesterday and discussed ongoing projects and received information on plans for future growth of the port. Joe Ruddy gave the safety report and status of operations, including gate, rail, and stevedore services. Rich Ceci, VIT's Senior VP Technology and Projects, provided updates on the infrastructure projects and also gave an overview on the status of Craney Island.  Pat Kinsman, VP Offshore Wind Development, gave an update on the offshore wind project at PMT and explained some of the challenges and risks. Cathie Vick provided an update on the harbor deepening and widening projects.

**Safety and Operations Report – Joseph P. Ruddy, VIT**

J. Ruddy reported that the safety metrics are trending consistently well and through March the Lost Work Day (LWD) rate was at 1.33.  He noted that VIT safety culture is widespread and recognized ILA partners, motor carriers, railroads and harbor pilots for their efforts.

J. Ruddy reviewed the operations dashboard and noted the truck gate is performing with world-class turn times with 96.3 percent under one hour.  The port continues to analyze the data for trucks over the two-hour mark to determine where it can drive that time down. Rail performance is strong and net productivity (crane moves per hour) continues to increase.

J. Ruddy reported that the Federal Motor Carrier Safety Administration (FMCSA) recently conducted a review of the HRCP II maintenance and repair programs and the outcome of the audit resulted in zero non-conformances.  J. Ruddy extended his thanks to the HRCPII team, partners of Local 1970, MRS and CGI.

At this time, J. Ruddy recognized and introduced Jeremy Bridges, President/Chief Negotiator, Hampton Roads Shipping Association (HRSA).  Mr. Bridges is succeeding Roger Giesenger upon his retirement.  Mr. Ruddy commended Mr. Giesenger for his service and congratulated him on his retirement.

**Infrastructure Projects Update – Cathie J. Vick**

C. Vick reported that significant milestones had been reached on the Central Rail Yard (CRY) expansion project.  The first four train rail bundles are complete and the CRMG rails are being installed.  The remote operations desks have also been installed and integration of IT is beginning. The project is scheduled for completion in April of next year.

C. Vick thanked the board for the interim approvals for the acquisition of ship-to-shore cranes, automated stacking cranes and civil works for the NIT Optimization project.  Allan Myers will begin construction in July, the cranes have been ordered and the north NIT berth design is 60 percent

6

Exhibit 1

**MINUTES**
**Virginia Port Authority Board of Commissioners**
**Regular Public Meeting, Session 413**
**May 9, 2023**

complete.  The VPA has applied for a federal Port Infrastructure Development Grant and started the environmental impact review that has to be completed before federal funds can be applied to the project.  The first phase is scheduled to be complete in 2025 and full completion in 2027.

C. Vick reported on the Portsmouth Marine Terminal Offshore Wind staging port and challenges with the pile driving and integrity of the berth. The project is slightly behind schedule for the first phase but will be ready to receive monopiles in October 2023. The dredging contract is being solicited and good progress is being made with port partners Dominion and Skanska.

C. Vick provided an update on the Channel Deepening and Widening Project.  The Thimble Shoals East and West, both deepening and widening, will be complete by October 2023.  C. Vick reviewed the status of the components that the U.S. Army Corps is managing and reported that on the Newport News side, dredging is 85 percent complete and that the dredge material can be used to raise the dikes at the Craney Island Dredged Material Management Area.  Work will start on the inner harbor at the end of this year and notice to proceed has been given by the U.S. Army Corps for the Atlantic Ocean Channel

At this time, Commissioner Waters commended the teams for the fabulous work they are doing on these major projects.

   **d.  Growth Committee – Committee Chair John C. Asbury**

Commissioner Asbury reported that the Growth Committee met yesterday and received presentations from staff on cargo volumes, port-centric development, U.S automotive market share and electronic vehicles (EV) opportunities.

Stephen Edwards provided a report on current freight market conditions showing a comparison of North American ports year-over-year, reflecting a downward trend and also shared information on ocean freight rates.

Amanda Nelson, VP of Growth, VIT, presented a report on how the new EV Battery Belt is shifting to the U.S. South and the Port of Virginia's EV opportunities in this emerging market.

Tom Capozzi, Chief Marketing and Sales Officer, VIT, presented a report on the port's year- over-year comparison of cargo volumes as well as a comparison of primary cargo volumes across the U.S. East Coast Ports market.

**Sales and Volume Report – Thomas C. Capozzi, VIT**

T. Capozzi reported that freight overall in the U.S has declined due to market conditions and total TEU's are down by 17.2 percent. Despite the decline, the Port of Virginia is performing well against its peers.  He explained that the rising interest rates have affected the housing and furniture markets which have negatively impacted imports.  Furniture is the largest single import commodity that moves through this port. Exports were strong for the first three months of the year with an increase of 6.8 percent.

Exhibit 1

**MINUTES**
**Virginia Port Authority Board of Commissioners**
**Regular Public Meeting, Session 413**
**May 9, 2023**

T. Capozzi reviewed the growth in rail containers and attributed this to the port's efficient operations and low dwell times. T. Capozzi then reported that cargo volumes at the Virginia Inland Port were very strong and that Richmond Marine Terminal had a slight increase in cargo volumes. Total truck containers are down due to the decline in imports.

T. Capozzi reviewed the US East Coast Market Comparison statistics for the fiscal year period July – February which demonstrates that the US East Coast is outperforming NY/NJ and Charleston and very close to Savannah.

VI.     **CEO/Executive Director Report – Stephen A. Edwards**

Mr. Edwards welcomed Jeremy Bridges as President/Chief Negotiator of the Hampton Roads Shipping Association.

Mr. Edwards referred to the Memorandums of Board Action in support of the infrastructure projects at North NIT. These approvals represent 70-75 percent of the capital expenditure now under contract for the modernization and expansion project at Norfolk International Terminals (NIT). Inflation has impacted the construction industry and the port is reaching a point where it can be more certain on the final cost expected for completion of the project.

Mr. Edwards reported that from an operating perspective, the port should take pride in how well it is performing with gate performance, ship productivity and low rail dwell times. This allows the port to maintain operating costs at a good level and run very efficiently.

Mr. Edwards shared his thoughts about the economic uncertainty and impact on cargo volumes. He further stated that the port is very conscious of its ILA partners and the impact on man hours.

Mr. Edwards reported that there continues to be a strong interest in business coming to Virginia and we continue to pursue those opportunities and have a relatively strong pipeline. We expect some good announcements coming out in the next few months.

Mr. Edwards stated that the port had a fairly solid first part of the year and due to the economic slowdown and expects volumes to be below FY23 budget for the next few months.

Chair Layne commented that the reports over the last few months have been pointing towards this decline and we have been keeping a watch and managing through. He thanked Mr. Edwards and the team for focusing on that.

VII.    **Unfinished Business**

There was no unfinished business to report.

VIII.   **New Business**

There was no new business to report.

8

Exhibit 1

**MINUTES**
**Virginia Port Authority Board of Commissioners**
**Regular Public Meeting, Session 413**
**May 9, 2023**

**IX.     Other Business**

There was no other business to report.

**X.     Adjourn**

There being no further business or comments from the public, the meeting adjourned at 10:02am.

The next meeting of the VPA Board will be July 11, 2023.

Respectfully submitted,

Jodie L. Asbell
Assistant Secretary to the Board

9

Exhibit 1



VIRGINIA PORT AUTHORITY
600 World Trade Center, Norfolk, VA 23510
(757)683-8000

**To:**     Virginia Port Authority Board of Commissioners

**From:**   Aubrey Layne, Chair of the Board of Commissioners
            Jim Burnett, Chair of the Finance and Audit Committee

**Date:**   May 9, 2023

**Subject:** Action taken pursuant to Bylaws Section 3.4.1: The Executive Director's authority to execute an agreement with Konecranes, Inc. for the acquisition of thirty-six (36) Automated Stacking Cranes at Norfolk International Terminals.

**Legal Authority:**

The Virginia Port Authority (the "Authority"), a body corporate and a political subdivision of the Commonwealth of Virginia, was established pursuant to Chapter 10, Title 62.1 of the Code of Virginia of 1950, as amended (the "Act"). Pursuant to the Act, the Authority is empowered to rent, lease, buy, own, acquire, construct, reconstruct and dispose of harbors, seaports, port facilities and such property, whether real or personal, as it may find necessary or convenient.

Section 3.4.1 of the Authority's Bylaws states that upon obtaining prior written approval by the Chairman of the Board and the Chair of the Finance and Audit Committee, the Executive Director may enter into a contract, agreement or arrangement on the Authority's behalf in excess of $2,500,000.

**Action(s) Taken:**

- Pursuant to the Authority's Procurement and Capital Outlay Manual, the Authority seeks to enter into a contract with Konecranes, Inc. for the acquisition of thirty-six (36) Automated Stacking Cranes (ASC) for use at north Norfolk International Terminals (NIT).

- Upon evaluation of the two responsive proposals submitted in response to the request for proposals, the VPA determined that the proposal of Konecranes, Inc. represented the best value based on the criteria.

- The acquisition is funded by terminal revenue.

- Pursuant to the Authority's Bylaws, Section 3.4.1, on April 19, 2023, the CEO and Executive Director/CEO requested the written approval of the Chairman of the Board and Chair of Finance and Audit Committee to authorize the CEO and Executive Director to approve the form and content, and to execute and deliver contract 2023-27-VPA for the acquisition of thirty-six (36) ASCs for a total contract price of $149,011,740, and deliver all such ancillary documents and certificates, as deemed necessary and proper, in furtherance of contract 2023-27-VPA.

1

Exhibit 1



VIRGINIA PORT AUTHORITY
600 World Trade Center, Norfolk, VA 23510
(757)683-8000

- On April 20, 2023, the written consent of the Chairman of the Board and the Chair of the Finance and Audit Committee was granted. See *attached* communications granting authorization.

**Conclusion:**

Upon obtaining the written approval of the man of the Board and the Chair of the Finance and Audit Committee, the Executive Director executed contract 2023-27-VPA.

**Attachment:**

Electronic Correspondence dated April 19-20, 2023 between Stephen Edwards, Chair Layne, and Finance and Audit Chair Burnett.

2

Exhibit 1

**Jodie Asbell**

| | |
|---|---|
| **From:** | AUBREY L LAYNE <allayne@sentara.com> |
| **Sent:** | Thursday, April 20, 2023 7:54 AM |
| **To:** | Stephen Edwards; Jim Burnett, Commissioner |
| **Cc:** | Rodney Oliver; Sarah McCoy |
| **Subject:** | RE: Approval Requested- ZPMC, Konecrane and Allan Myers Contracts |

CAUTION: This email originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I approve both requests for authorization for the Executive Director to execute the contracts identified below.
Aubrey Layne

**From:** Stephen Edwards <sedwards@PortofVirginia.com>
**Sent:** Wednesday, April 19, 2023 4:50 PM
**To:** AUBREY L LAYNE <allayne@sentara.com>; Jim Burnett, Commissioner <jburnett@WMJordan.com>
**Cc:** Rodney Oliver <roliver@PortofVirginia.com>; Sarah McCoy <smccoy@PortofVirginia.com>
**Subject:** Approval Requested- ZPMC, Konecrane and Allan Myers Contracts

Notice: This email originated outside the Sentara Healthcare network. Beware of links and attachments. Report suspicious emails with the Report Phishing button.

Chair Layne and Finance and Audit Committee Chair Burnett,

The VPA is requesting the action of the Chairs in accordance with the authority granted in section 3.4.1 of the Bylaws to approve a contract in excess of $2.5M for each of the three contracts as outlined below.  These contracts are all for the modernization and expansion of North NIT and were briefed at prior board meetings.  I am happy to answer any questions.

1.  **Subject: Approval Requested: Authorization of Executive Director to Execute Contract 2023-34-VPA for the Acquisition of Ship-to-Shore Cranes**

**Context:**
- As briefed at the January and March board meetings, the VPA seeks to enter into a contract with Shanghai Zhenhua Heavy Industries Company (ZPMC) Limited for acquisition of four (4) low-profile ship-to-shore cranes for use at north Norfolk International Terminals (NIT).

- The VPA issued a sole source justification citing ZPMC as the only source capable of producing the desired low-profile ship-to-shore.

- The proposed acquisition is funded by a combination of the general fund revenue along with terminal revenue.

**Authority:**
Pursuant to Section 3.4.1 of the Amended and Restated Bylaws of the VPA, in the interim of a Board Meeting, approval of the Chairman of the Board and Chair of the Finance and Audit Committee may authorize the Executive Director to execute the contract. The action of the Board will be memorialized in a Memorandum of Board Action to be briefed and published at the May 2023 Board of Commissioners meeting.

**Request:**

1

Exhibit 1

The VPA is writing to request your approval to authorize the Executive Director to approve the form and content, and to execute and deliver contract 2023-34-VPA for the acquisition of four low-profile ship-to-shore cranes for a total contract price of $65,200,000 and deliver all such ancillary documents and certificates, as deemed necessary and proper, in furtherance of contract 2023-34-VPA.

2. **Subject: Approval Requested: Authorization of Executive Director to Execute Contract 2023-27-VPA for the Acquisition of Automated Stacking Cranes (ASC)**

**Context:**
- As briefed at the March board meeting, the VPA seeks to enter into a contract with Konecranes, Inc. for the acquisition of thirty-six (36) Automated Stacking Cranes (ASC) for use at north Norfolk International Terminals (NIT).

- Upon evaluation of the two responsive proposals submitted in response to the request for proposals, the VPA determined that the proposal of Konecranes, Inc. represented the best value based on the criteria.

- The proposed acquisition is funded by terminal revenue.

**Authority:**
Pursuant to Section 3.4.1 of the Amended and Restated Bylaws of the VPA, in the interim of a Board Meeting, approval of the Chairman of the Board and Chair of the Finance and Audit Committee may authorize the Executive Director to execute the contract. The action of the Board will be memorialized in a Memorandum of Board Action to be briefed and published at the May 2023 Board of Commissioners meeting.

**Request:**
The VPA is writing to request your approval to authorize the Executive Director to approve the form and content, and to execute and deliver contract 2023-27-VPA for the acquisition of thirty-six (36) ASCs for a total contract price of $149,011,740, and deliver all such ancillary documents and certificates, as deemed necessary and proper, in furtherance of contract 2023-27-VPA.

3. **Subject: Approval Requested: Authorization of Executive Director to Execute Contract 2023-03-VPA for the Acquisition of Civil Works Performed by Allan Myers, Inc.**

**Context:**
- As briefed at the March board meeting, the VPA seeks to enter into a contract with Allan Myers, Inc. for the acquisition of civil works at north Norfolk International Terminals (NIT).

- Upon evaluation of the two responsive bidders submitted in response to the invitation for bids, the VPA determined that the bid of Allan Myers, Inc. represented the best price.

- The proposed acquisition of civil works is funded by a combination of general fund revenue along with proceeds from the 2023 Commonwealth Port Fund Bond issuance.

**Authority:**
Pursuant to Section 3.4.1 of the Amended and Restated Bylaws of the VPA, in the interim of a Board Meeting, approval of the Chairman of the Board and Chair of the Finance and Audit Committee may authorize the Executive Director to execute the contract. The action of the Board will be memorialized in a Memorandum of Board Action to be briefed and published at the May 2023 Board of Commissioners meeting.

**Request:**
The VPA is writing to request your approval to authorize the Executive Director to approve the form and content, and to execute and deliver contract 2023-03-VPA for the acquisition of civil works associated with the optimization of the north NIT stack yards for a contract amount not to exceed $295,736,936, and deliver all such ancillary documents and certificates, as deemed necessary and proper, in furtherance of contract 2023-03-VPA.

Exhibit 1

If you could respond by e-mail of your concurrence with this request, it would be greatly appreciated.

With Regards,

Stephen

**Stephen A. Edwards**
CEO and Executive Director

**Virginia Port Authority**
600 World Trade Center
Norfolk, VA  23510
Office: 757-683-2101
Cell:  757-705-1491



---

The information in this email and any attachments may be confidential and privileged. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient) please notify the sender by reply email and immediately delete this email and any copies from your computer and/or storage system. The sender does not authorize the use, distribution, disclosure or reproduction of this email (or any part of its contents) by anyone other than the intended recipient(s). No representation is made that this email and any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.

Disclaimer:

This electronic message and its contents and attachments contain information from Sentara Healthcare and is confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately and destroy the original message and all copies.

Exhibit 1

**Jodie Asbell**

| | |
|---|---|
| **From:** | Jim Burnett <jburnett@WMJordan.com> |
| **Sent:** | Thursday, April 20, 2023 8:37 AM |
| **To:** | Stephen Edwards; Aubrey Layne, Board Chair |
| **Cc:** | Rodney Oliver; Sarah McCoy |
| **Subject:** | RE: Approval Requested- ZPMC, Konecrane and Allan Myers Contracts |

**CAUTION:** This email originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I approve awarding the 3 contracts as presented below.

Regards,
Jim



**Jim Burnett**, CPA
**Vice President, Chief Financial Officer**
📞 757.596.6341
📱 757.572.3764
✉ jburnett@wmjordan.com
Licenses: VA 2701-004636A, NC 29260, SC G116926

The Relentless Pursuit of Excellence

wmjordan.com

**CONFIDENTIALITY NOTICE:** This email transmission may contain confidential, proprietary, privileged or otherwise legally protected information that is intended only for the individual or entity named in this transmission. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this transmission or any part of it or attachment to it. If you have received this email in error, please notify the sender immediately by email and delete all copies of this email transmission.

**From:** Stephen Edwards <sedwards@PortofVirginia.com>
**Sent:** Wednesday, April 19, 2023 4:50 PM
**To:** Aubrey Layne, Board Chair <allayne@sentara.com>; Jim Burnett <jburnett@WMJordan.com>
**Cc:** Rodney Oliver <roliver@PortofVirginia.com>; Sarah McCoy <smccoy@PortofVirginia.com>
**Subject:** Approval Requested- ZPMC, Konecrane and Allan Myers Contracts

Chair Layne and Finance and Audit Committee Chair Burnett,

The VPA is requesting the action of the Chairs in accordance with the authority granted in section 3.4.1 of the Bylaws to approve a contract in excess of $2.5M for each of the three contracts as outlined below.  These contracts are all for the modernization and expansion of North NIT and were briefed at prior board meetings.  I am happy to answer any questions.

1. **Subject: Approval Requested: Authorization of Executive Director to Execute Contract 2023-34-VPA for the Acquisition of Ship-to-Shore Cranes**

**Context:**
- As briefed at the January and March board meetings, the VPA seeks to enter into a contract with Shanghai Zhenhua Heavy Industries Company (ZPMC) Limited for acquisition of four (4) low-profile ship-to-shore cranes for use at north Norfolk International Terminals (NIT).

1

Exhibit 1

- The VPA issued a sole source justification citing ZPMC as the only source capable of producing the desired low-profile ship-to-shore.

- The proposed acquisition is funded by a combination of the general fund revenue along with terminal revenue.

**Authority:**
Pursuant to Section 3.4.1 of the Amended and Restated Bylaws of the VPA, in the interim of a Board Meeting, approval of the Chairman of the Board and Chair of the Finance and Audit Committee may authorize the Executive Director to execute the contract. The action of the Board will be memorialized in a Memorandum of Board Action to be briefed and published at the May 2023 Board of Commissioners meeting.

**Request:**
The VPA is writing to request your approval to authorize the Executive Director to approve the form and content, and to execute and deliver contract 2023-34-VPA for the acquisition of four low-profile ship-to-shore cranes for a total contract price of $65,200,000 and deliver all such ancillary documents and certificates, as deemed necessary and proper, in furtherance of contract 2023-34-VPA.

2. **Subject: Approval Requested: Authorization of Executive Director to Execute Contract 2023-27-VPA for the Acquisition of Automated Stacking Cranes (ASC)**

**Context:**
- As briefed at the March board meeting, the VPA seeks to enter into a contract with Konecranes, Inc. for the acquisition of thirty-six (36) Automated Stacking Cranes (ASC) for use at north Norfolk International Terminals (NIT).

- Upon evaluation of the two responsive proposals submitted in response to the request for proposals, the VPA determined that the proposal of Konecranes, Inc. represented the best value based on the criteria.

- The proposed acquisition is funded by terminal revenue.

**Authority:**
Pursuant to Section 3.4.1 of the Amended and Restated Bylaws of the VPA, in the interim of a Board Meeting, approval of the Chairman of the Board and Chair of the Finance and Audit Committee may authorize the Executive Director to execute the contract. The action of the Board will be memorialized in a Memorandum of Board Action to be briefed and published at the May 2023 Board of Commissioners meeting.

**Request:**
The VPA is writing to request your approval to authorize the Executive Director to approve the form and content, and to execute and deliver contract 2023-27-VPA for the acquisition of thirty-six (36) ASCs for a total contract price of $149,011,740, and deliver all such ancillary documents and certificates, as deemed necessary and proper, in furtherance of contract 2023-27-VPA.

3. **Subject: Approval Requested: Authorization of Executive Director to Execute Contract 2023-03-VPA for the Acquisition of Civil Works Performed by Allan Myers, Inc.**
**Context:**
- As briefed at the March board meeting, the VPA seeks to enter into a contract with Allan Myers, Inc. for the acquisition of civil works at north Norfolk International Terminals (NIT).

- Upon evaluation of the two responsive bidders submitted in response to the invitation for bids, the VPA determined that the bid of Allan Myers, Inc. represented the best price.

- The proposed acquisition of civil works is funded by a combination of general fund revenue along with proceeds from the 2023 Commonwealth Port Fund Bond issuance.

2

Exhibit 1

**Authority:**
Pursuant to Section 3.4.1 of the Amended and Restated Bylaws of the VPA, in the interim of a Board Meeting, approval of the Chairman of the Board and Chair of the Finance and Audit Committee may authorize the Executive Director to execute the contract. The action of the Board will be memorialized in a Memorandum of Board Action to be briefed and published at the May 2023 Board of Commissioners meeting.

**Request:**
The VPA is writing to request your approval to authorize the Executive Director to approve the form and content, and to execute and deliver contract 2023-03-VPA for the acquisition of civil works associated with the optimization of the north NIT stack yards for a contract amount not to exceed $295,736,936, and deliver all such ancillary documents and certificates, as deemed necessary and proper, in furtherance of contract 2023-03-VPA.

If you could respond by e-mail of your concurrence with this request, it would be greatly appreciated.

With Regards,

Stephen

**Stephen A. Edwards**
CEO and Executive Director

**Virginia Port Authority**
600 World Trade Center
Norfolk, VA 23510
Office: 757-683-2101
Cell: 757-705-1491



The information in this email and any attachments may be confidential and privileged. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient) please notify the sender by reply email and immediately delete this email and any copies from your computer and/or storage system. The sender does not authorize the use, distribution, disclosure or reproduction of this email (or any part of its contents) by anyone other than the intended recipient(s). No representation is made that this email and any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.

Exhibit 1



# Virginia Port Authority Board of Commissioners Regular Meeting

## Session 413

May 9, 2023










Exhibit 1

# Agenda



 Approval of Minutes

 Opportunity for Public Comment

 Committee Reports

 CEO / Executive Director Report

 Other Business and Adjournment

2

Exhibit 1



# Executive Committee Report
## Chair Layne

Exhibit 1



# Investment Committee Report



Chair Layne

Exhibit 1

# Memorandums of Board Action



Acquisition of Civil Works at NIT North (Stack Yard)

Acquisition of Low Profile Ship to Shore Cranes

Acquisition of Automated Stacking Cranes

5

Exhibit 1

# 2023 Nominating Committee Appointments



## July 11, 2023

VPA Board of Commissioners
Annual Meeting and Regular Public Meeting

6

Exhibit 1



# Finance and Audit Committee Report

Committee Chair Burnett

Exhibit 1

# FY24 Budget

Rodney W. Oliver, Chief Financial Officer

8

Exhibit 1



**FY24 Budget
May 9, 2023**

Exhibit 1

# Agenda



- Key Assumptions
- Economic Outlook and Volume
- Capital Budget
- Financial and Operating Highlights
- Debt Service Coverage
- Summary



Confidential proprietary information and data pursuant to
§2.2-3705.6(1) and §62.1-132.4 of The Virginia Freedom of Information Act

10

Exhibit 1

# Budget Assumptions



## Global

- CPI:
  - VIG – 5.0%
  - Other – 4.0%

- Labor Rate – 3.6%

- Revenue SOR – 3.8%

- Personnel Costs:
  - Merit + Promotion – 5.0% + 1.0%
  - Incentive Compensation – 100%
  - Vacancy – 5.0%

## Terminal Operations

- Volume Growth = 2.0%
- Shipline Contracts renewed at Avg. CUR + SOR
- LCS based on dwells returning to pre-pandemic levels
- CRY Expansion fully operational beginning in April '24
- CVOW Operations based on delivery schedule
- Avg. Chassis Fleet Size of 18,757 and 70% utilization

Confidential proprietary information and data pursuant to §2.2-3705.6(1) and §62.1-132.4 of The Virginia Freedom of Information Act

Exhibit 1

# Macroeconomic and Industry Conditions



| | POV Impact | Expected Trend |
|---|---|---|
| US Economic Slowdown | 🟡 | ↘ |
| Inflation | 🟡 | → |
| Consumer Spending on Goods | 🔴 | ↘ |
| Geopolitical Tensions | 🔴 | ↘ |
| Normalization of Supply Chains – East Coast | 🔴 | ↘ |
| Normalization of Supply Chains – West Coast | 🟢 | ↗ |
| Sourcing Diversification & Supply Chain Resiliency | 🟢 | ↑ |

12

Exhibit 1

# Container Volumes Normalizing





Port of Virginia Container Volumes
Forecast begins February 2023

**4-year CAGR: 6.9%**

| | FY20 | FY21 | FY22 | FY23 | FY24 |
|---|---|---|---|---|---|
| Volume | 1,538,169 | 1,778,108 | 2,053,524 | 1,966,511 | 2,005,249 |
| YoY % Change | -6.9% | 15.6% | 15.5% | -4.2% | 2.0% |

**Confidential proprietary information and data pursuant to §2.2-3705.6(1) and §62.1-132.4 of The Virginia Freedom of Information Act**

13

Exhibit 1

# Highlights



| FOR THE YEAR *(USD in millions)* | 2023 FORECAST* | 2024 BUDGET | YoY % |
|---|---|---|---|
| Container Volume | 1,966,447 | 2,005,248 | ▲ 2.0% |
| Operating Revenues | $ 827.2 | $ 795.1 | ▼ 3.9% |
| Operating Income | $ 168.9 | $ 104.8 | ▼ 37.9% |
| **AT YEAR END** | | | |
| Net Position | $1,396.8 | $1,659.6 | |
| Residual Fund & Operating Cash | $ 708.5 | $ 698.4 | |
| Days Cash on Hand | 397 days | 343 days | |
| **FINANCIAL RATIOS** | | | |
| EBITDA | $ 368.9 | $ 310.0 | |
| EBITDA Margin | 44.6% | 39.0% | |
| Agg Net Revenue Coverage (1.1x test) | 3.21 | 2.41 | |

*\* Forecasted data beginning with February 2023*

Confidential proprietary information and data pursuant to
§2.2-3705.6(1) and §62.1-132.4 of The Virginia Freedom of Information Act

14

Exhibit 1

# Capital Budget



| Summary by Asset Type | |
| --- | --- |
| NNIT Optimization | $144,680 |
| Container Handling Equipment | 66,462 |
| Improvements to Facilities | 27,665 |
| SW Virginia Inland Port Design | 10,000 |
| CRY Expansion – Equipment | 9,200 |
| Vehicle Replacement | 9,155 |
| CVOW Operating Equipment | 5,395 |
| IT and Other | 5,568 |
| **TOTAL** | **$278,125** |

| Summary by Funding Source | |
| --- | --- |
| PAYGO Funds | $248,700 |
| Special Appropriation | 10,000 |
| VIT | 15,000 |
| Federal/ State Grants | 4,425 |
| **TOTAL** | **$278,125** |

Confidential proprietary information and data pursuant to
§2.2-3705.6(1) and §62.1-132.4 of The Virginia Freedom of Information Act

Exhibit 1

# Exceeding our bond requirements



| Ratio | Minimum Requirement | FY2020 Actuals | FY2021 Actuals | FY2022 Actuals | FY2023 Forecast | FY2024 Budget |
|---|---|---|---|---|---|---|
| Aggregate Net Revenue Coverage | 1.10 | 1.29 | 2.23 | 3.93 | 3.21 | 2.41 |
| Aggregate Adjusted Net Revenue Coverage | 1.25 | 1.48 | 2.38 | 4.08 | 3.37 | 2.57 |
| Net Revenue Coverage | 1.00 | 1.20 | 2.14 | 3.84 | 3.13 | 2.33 |
| Fixed Obligation Coverage | 1.00 | 1.22 | 2.02 | 3.57 | 2.80 | 2.19 |

Confidential proprietary information and data pursuant to
§2.2-3705.6(1) and §62.1-132.4 of The Virginia Freedom of Information Act

16

Exhibit 1

# Summary



- Continued volume growth despite continuing economic pressure
- Strong operating and cash flow results
- Continuing capital investments targeted at capacity and efficiency improvements
- Continued strong debt service coverage ratios

Confidential proprietary information and data pursuant to
§2.2-3705.6(1) and §62.1-132.4 of The Virginia Freedom of Information Act

17

Exhibit 1



# Questions / Comments

18

Exhibit 1

# Financial Results for FY23 YTD Ending March 31, 2023

Rodney W. Oliver, Chief Financial Officer

19

Exhibit 1

# Fiscal Year 2023 YTD Highlights



| July - March | Budget | Actual | Fav. (Unfav.) Change | Fav. (Unfav.) % Change |
|---|---|---|---|---|
| Volume | 1,531,407 | 1,468,395 | (63,012) | (4.1%) |
| Operating Revenues | $597.4m | $637.2m | $39.8m | 6.7% |
| Operating Expenses | $488.6m | $485.6m | $3.0m | 0.6% |
| Operating Income | $108.8m | $151.6m | $42.8m | 39.4% |
| EBITDA | $256.7m | $299.9m | $43.2m | 16.8% |

20

Exhibit 1

# Cash Flow FY22 YTD vs. FY23 YTD – USD millions 



**Operating**

$267.0 (FY22)
$301.2 (FY23)



**Non-Capital Financing**

($2.0) (FY22)
($25.3) (FY23)



**Capital & Related Financing**

($82.3) (FY22)
$226.8 (FY23)



**Investing**

($144.4) (FY22)
($200.3) (FY23)

Exhibit 1

# Capital & Related Financing – USD millions



|  | FY22 YTD | FY23 YTD |
|---|---|---|
| CPF contribution | $ 44.7 | $ 38.9 |
| Acquisition of capital assets | (25.3) | (109.6) |
| Transfer from primary government | 28.1 | 335.4 |
| VIG lease payments | (71.4) | (78.0) |
| Other lease payments | (16.5) | (22.3) |
| Principal paid on long-term debt | (25.5) | (25.0) |
| Interest paid on long-term debt | (21.1) | (19.1) |
| Net transfers from agencies | 3.9 | 36.4 |
| Net transfers – offshore wind | - | 70.0 |
| Other | 0.8 | 0.1 |
| **Total** | **($82.3)** | **$226.8** |

22

Exhibit 1

# Approval Requests

Rodney W. Oliver, Chief Financial Officer

23

Exhibit 1

# Approval Requests



- Resolution 23-05 Approving the Fiscal Year 2024 Annual Consolidated Budget

- Resolution 23-06 Authorizing Aid to Local Ports Funding (FY24)

- Resolution 23-07 Authorizing Waterway Maintenance Grant Funding (FY24)

- Resolution 23-08 Authorizing South NIT STS Replacement Power Project

- Resolution 23-09 Authorizing Option for Acquisition of STS Cranes

24

Exhibit 1



# Operations and Infrastructure Committee Report
## Committee Chair Waters

Exhibit 1

# Safety Dashboard

Joe Ruddy, Chief Operations Officer, VIT

Exhibit 1

# Safety



As of March 31st the POV FY23 Lost Work Day (LWD) rate of **1.33** is:

- 26.9% decrease from FY22

- 42.2% decrease from FY21

- FY23 year end goal is 1.8



**POV LWD Rate**
OSHA 2021 Industry Average 1.8

27

Exhibit 1

# Operations Dashboard

Joe Ruddy, Chief Operations Officer, VIT

28

Exhibit 1

# Operations



### Gate Performance



**72,446 truck visits, 96.3% under 1 hour
0.4% or 275 truck visits over 2 hours
Turn Time: 27.7 min traditional
and 31.7 min expanded**

### Rail Performance



**55,649 rail containers, up 3.7% YOY
Rail Ready Dwell: 24.8 hours**

### Net Productivity



**Net Productivity: 32.3 crane moves
per hour, 11.1% higher than in 2022**

29

Exhibit 1

# Infrastructure Projects Update

Cathie J. Vick, Chief Development and Public Affairs Officer

30

Exhibit 1

# Infrastructure Projects Dashboard



## NIT Central Rail Yard (CRY) Expansion



| Design | Construction | Overall |
|--------|-------------|---------|
| 100% | 57.5% | 53.6% |
| Complete | In Progress | In Progress |

## North NIT Optimization



| Design | Construction | Overall |
|--------|-------------|---------|
| 95% | | 0% |
| In Progress | Waiting | In Progress |

## PMT Offshore Wind Staging Port



| Design | Construction | Overall |
|--------|-------------|---------|
| 100% | 27% | 27% |
| Land design complete Mar 22 Dredging design complete Apr 23 | In Progress | In Progress |

## Channel Deepening and Widening



| Design | Construction | Overall |
|--------|-------------|---------|
| 95% | 33% | 35% |
| In Progress | In Progress | In Progress |

31

Exhibit 1



# Growth Committee Report

## Committee Chair Asbury



Exhibit 1

# Sales and Volume Report

Tom Capozzi, Chief Sales and Marketing Officer, VIT

33

Exhibit 1

# Volumes: Two Previous Months Comparison



| | Feb - Mar 2023 | Feb - Mar 2022 | Change | % Change |
|---|---|---|---|---|
| **Total TEUs** | **505,781** | **610,899** | **(105,118)** | **(17.2%)** |
| Export Loaded TEUs | 196,872 | 184,385 | 12,487 | 6.8% |
| Export Empty TEUs | 86,041 | 125,652 | (39,610) | (31.5%) |
| Import Loaded TEUs | 214,123 | 292,408 | (78,284) | (26.8%) |
| **Total Rail Containers** | **106,934** | **104,360** | **2,574** | **2.5%** |
| VIP Containers | 4,317 | 3,729 | 588 | 15.8% |
| **Total Barge Containers** | **12,989** | **14,507** | **(1,518)** | **(10.5%)** |
| RMT Containers | 6,849 | 6,750 | 99 | 1.5% |
| **Total Truck Containers** | **159,965** | **217,553** | **(57,588)** | **(26.5%)** |
| **Non-Containerized Tonnage** | **17,058** | **31,568** | **(14,510)** | **(46.0%)** |
| **Vessel Calls** | **270** | **228** | **42** | **18.4%** |

34

Confidential proprietary information and data pursuant to §2.2-3705.6(1) and §62.1-132.4 of The Virginia Freedom of Information Act

Exhibit 1

# USEC Ports Market Comparison



|  | FY 2023 | FY 2022 | Change | % Change |
|---|---|---|---|---|
| New York / New Jersey | 3,747,523 | 3,993,486 | (245,963) | (6.2%) |
| Savannah | 2,744,609 | 2,745,364 | (755) | (0.03%) |
| **The Port of Virginia** | **1,821,872** | **1,824,446** | **(2,574)** | **(0.1%)** |
| Charleston | 1,315,218 | 1,416,599 | (101,381) | (7.2%) |

*Source: Reported Actuals – Loaded TEUs

*Fiscal period included: July through February

35

Confidential proprietary information and data pursuant to §2.2-3705.6(1) and §62.1-132.4 of The Virginia Freedom of Information Act

Exhibit 1



# CEO/Executive Director Report

Stephen Edwards, CEO/Executive Director

Exhibit 1



# Other Business



Chair Layne

Exhibit 1













Virginia Port Authority
Board of Commissioners

Thank You

Exhibit 1