| From: | Jennifer L. Eaton |
|---|---|
| To: | Justin Keating |
| Cc: | John Sheridan; Brian Jasinski; Treyvon Jordan; Katherine Lennon Ellis; W. Thomas Chappell; Amanda Smith |
| Subject: | RE: ILA v. VPA and Stephen Edwards; |
| Date: | Wednesday, December 17, 2025 10:17:54 AM |
| Attachments: | 0.png |

Understood.

Have a nice holiday season,

Jenny


**Jennifer L. Eaton**
Principal
Woods Rogers Vandeventer Black PLC

jennifer.eaton@woodsrogers.com
P (757) 446-8538 | F (757) 446-8670

101 West Main Street, Suite 500 World Trade Center
Norfolk, VA 23510



---

**From:** Justin Keating <jpkeatinglaw@gmail.com>
**Sent:** Monday, December 15, 2025 6:06 PM
**To:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
**Cc:** John Sheridan <JSheridan@mmmpc.com>; Brian Jasinski <BJasinski@mmmpc.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; W. Thomas Chappell <thomas.chappell@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>
**Subject:** Re: ILA v. VPA and Stephen Edwards;

**\*\*EXTERNAL EMAIL\*\***

We definitely do not want to agree to stay discovery pending the Court's ruling on the Motion. There is no telling how long the Court will take.

As of now, we don't see any basis to narrow the requests. How about you send over objections and then we confer?

Justin

On Dec 15, 2025, at 1:18 PM, Jennifer L. Eaton <jennifer.eaton@woodsrogers.com> wrote:

Justin,

If your position is to table the discovery pending the Court's ruling on the Motion to Stay, then we agree that a discussion is not necessary at this time. Please confirm that you are agreeing to an extension of our deadline to object and respond to the discovery requests until the Court rules on the Motion to Stay. Otherwise, we do need to confer to determine whether or not you will narrow your requests so we can prepare objections to the same. If you do not anticipate narrowing your requests, we request conferral after you receive our objections.

Thank you,

Jenny


**Jennifer L. Eaton**
Principal
Woods Rogers Vandeventer Black PLC

jennifer.eaton@woodsrogers.com
P (757) 446-8538 | F (757) 446-8670

101 West Main Street, Suite 500 World Trade Center
Norfolk, VA 23510

<0.png>

---

**From:** Justin Keating <jpkeatinglaw@gmail.com>
**Sent:** Friday, December 12, 2025 4:36 PM
**To:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
**Cc:** John Sheridan <JSheridan@mmmpc.com>; Brian Jasinski <BJasinski@mmmpc.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; W. Thomas Chappell <thomas.chappell@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>
**Subject:** Re: ILA v. VPA and Stephen Edwards;

**EXTERNAL EMAIL**

Hi Jenny-

All of the lawyers on our side just discussed this, and we think another call is not a great use of time considering Defs filed a motion to stay ALL discovery. The discussions the parties' counsel have been having (such as these emails and the phone call you had with John and me last week) have been focused on whether or not the discovery was too broad, too far removed from the allegations of the Complaint, etc., to obligate Defs to respond. That discussion seems mostly moot (at least temporarily) in light of the Motion to Stay.

Do you see anything different? We are open to ideas of course, but more round and round on the same things we have been saying to each other the last 10 days probably doesn't move anything.

Let us know.

Thank you.

Justin

> On Dec 12, 2025, at 4:07 PM, Jennifer L. Eaton <jennifer.eaton@woodsrogers.com> wrote:
>
> John,
>
> How about Wednesday at the same time?
>
> Jenny
>
> **Jennifer L. Eaton**
> Principal
> Woods Rogers Vandeventer Black PLC
>
> jennifer.eaton@woodsrogers.com
> P (757) 446-8538 | F (757) 446-8670
>
> 101 West Main Street, Suite 500 World Trade Center
> Norfolk, VA 23510
>
> <0.png>

**From:** John Sheridan <JSheridan@mmmpc.com>
**Sent:** Friday, December 12, 2025 3:08 PM
**To:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>; Brian Jasinski <BJasinski@mmmpc.com>
**Cc:** Justin Keating <jkeating@beinsaxelrod.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; W. Thomas Chappell <thomas.chappell@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>; Justin Keating <jpkeatinglaw@gmail.com>
**Subject:** RE: ILA v. VPA and Stephen Edwards;

**\*\*EXTERNAL EMAIL\*\***

Jenny,

I was just reminded that Justin is in a hearing on Monday. Do you have any other availably next week?

John P. Sheridan
Mazzola Mardon, P.C.
39 Broadway, 34th Floor
New York, New York 10006
Direct 212.425.3384
Mobile 201.988.8034

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.

---

**From:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
**Sent:** Friday, December 12, 2025 2:17 PM
**To:** John Sheridan <JSheridan@mmmpc.com>; Brian Jasinski <BJasinski@mmmpc.com>
**Cc:** Justin Keating <jkeating@beinsaxelrod.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; W. Thomas Chappell <thomas.chappell@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>; Justin Keating <jpkeatinglaw@gmail.com>
**Subject:** RE: ILA v. VPA and Stephen Edwards;

John,

We remain willing to meet with you on Monday to discuss the discovery as it is unclear to us what exactly you are even seeking. The issue is separate and apart from the motion to stay. If you would prefer to wait to confer until after you receive our objections, let us know.

Jenny

**Jennifer L. Eaton**
Principal
Woods Rogers Vandeventer Black PLC

jennifer.eaton@woodsrogers.com
P (757) 446-8538 | F (757) 446-8670

101 West Main Street, Suite 500 World Trade Center
Norfolk, VA 23510

<image001.png>

---

**From:** John Sheridan <JSheridan@mmmpc.com>
**Sent:** Friday, December 12, 2025 11:41 AM
**To:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>; Brian Jasinski <BJasinski@mmmpc.com>
**Cc:** Justin Keating <jkeating@beinsaxelrod.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; W. Thomas Chappell <thomas.chappell@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>
**Subject:** RE: ILA v. VPA and Stephen Edwards;

**\*\*EXTERNAL EMAIL\*\***

Jenny,

In light of your motion yesterday, did you still want to go ahead with the Monday phone call?

John P. Sheridan
Mazzola Mardon, P.C.
39 Broadway, 34th Floor
New York, New York 10006
Direct 212.425.3384

Mobile 201.988.8034

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of the e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.

---

**From:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
**Sent:** Thursday, December 11, 2025 12:59 PM
**To:** Brian Jasinski <BJasinski@mmmpc.com>
**Cc:** John Sheridan <JSheridan@mmmpc.com>; Justin Keating <jkeating@beinsaxelrod.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; W. Thomas Chappell <thomas.chappell@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>
**Subject:** RE: ILA v. VPA and Stephen Edwards;

Brian,

Regarding the timeframe, we still believe it is too broad in nature given the allegations in the Complaint. I look forward to discussing the subject matter with you on our call so you can explain how your requests are narrowly tailored to the needs of the case.

Tomorrow has filled up for me, but Monday, December 15 works. How about 1:30 pm EST on Monday?

Thank you,

Jenny

**Jennifer L. Eaton**
Principal
Woods Rogers Vandeventer Black PLC

jennifer.eaton@woodsrogers.com
P (757) 446-8538 | F (757) 446-8670

101 West Main Street, Suite 500 World Trade Center
Norfolk, VA 23510

<image001.png>

---

**From:** Brian Jasinski <BJasinski@mmmpc.com>
**Sent:** Thursday, December 11, 2025 10:58 AM
**To:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
**Cc:** John Sheridan <JSheridan@mmmpc.com>; Justin Keating <jkeating@beinsaxelrod.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; W. Thomas Chappell <thomas.chappell@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>
**Subject:** Re: ILA v. VPA and Stephen Edwards;

**EXTERNAL EMAIL**

Jenny:

We are not requesting "every document ever created related to/between VPA and VIT, any and all documents related to any equipment purchase ever, and any and all documents related to cargo handling ever." The instructions state, "Unless otherwise specified, the following [requests/Interrogatories] relate to the time period extending from January 1, 2020 to the present."

We're available on the following dates for a meet-and-confer, if any of these dates work for you as well:
- Friday, December 12, except between 12pm-2pm
- Monday, December 15
- Wednesday, December 17, after 1pm
- Thursday, December 18

Thank you.


Brian A. Jasinski

Mazzola Mardon, P.C.

39 Broadway, 34th Floor

New York, New York 10006

T: 212-292-0458

C: 516-660-4291


**CONFIDENTIALITY NOTICE:** This e-mail is intended only for the person or

entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of the e-mail or the information herein by anyone other than the intended recipient(s), or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you are not the intended recipient, please contact the sender, delete, and then destroy all copies of the original message.

---

**From:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
**Sent:** Wednesday, December 10, 2025 1:54 PM
**To:** Brian Jasinski <BJasinski@mmmpc.com>
**Cc:** John Sheridan <JSheridan@mmmpc.com>; Justin Keating <jkeating@beinsaxelrod.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>; Justin Keating <jpkeatinglaw@gmail.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; W. Thomas Chappell <thomas.chappell@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>
**Subject:** RE: ILA v. VPA and Stephen Edwards;

Brian,

We certainly are not waiving any defenses. As mentioned on our prior calls, we still intend on filing a motion for protective order to stay discovery.

My email was an attempt to confer with you regarding the discovery you sent, which is not restricted by time, custodian, or the issues in this case. We are preparing formal objections, which will take some time given the nature of your requests. That said, we reached out to discuss so we can understand what documents you are actually seeking in the event that the Court denies our requested relief. The way the requests are drafted, it seems that you want an extensive universe of documents, including, but not limited to, every document ever created related to/between VPA and VIT, any and all documents related to any equipment purchase ever, and any and all documents related to cargo handling ever.

Even if discovery is allowed to continue, it appears undisputable that the breadth of the subject matters included in your requests are overly broad, burdensome, and beyond the scope of permissible discovery. If you prefer to wait to confer until after you have our objections, that is certainly your choice. I am simply trying to be proactive in flagging my objection to the nature of your requests while also noting our ongoing objection to discovery in general as we have discussed.

Jenny

**Jennifer L. Eaton**
Principal
Woods Rogers Vandeventer Black PLC

jennifer.eaton@woodsrogers.com
P (757) 446-8538 | F (757) 446-8670

101 West Main Street, Suite 500 World Trade Center
Norfolk, VA 23510

<image001.png>

---

**From:** Brian Jasinski <BJasinski@mmmpc.com>
**Sent:** Tuesday, December 9, 2025 9:55 PM
**To:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
**Cc:** John Sheridan <JSheridan@mmmpc.com>; Justin Keating <jkeating@beinsaxelrod.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>; Justin Keating <jpkeatinglaw@gmail.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; W. Thomas Chappell <thomas.chappell@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>
**Subject:** Re: ILA v. VPA and Stephen Edwards;

**\*\*EXTERNAL EMAIL\*\***

Good evening, Jenny:

Can you please be more specific about your objections to our discovery demands? You mention that you object to the scope and volume of our discovery demands but, in order to have a good faith discussion without unnecessary expense and effort, we need a meaningful conversation starter regarding specific issues that you believe exist,

rather than a vague, wholesale objection. For example, if Defendants are willing to waive any claim of sovereign immunity – even though it is the ILA's position that Defendants are not afforded sovereign immunity – we can proceed on discovery related to that issue.

I look forward to your response. Thank you.

Brian A. Jasinski

Mazzola Mardon, P.C.

39 Broadway, 34th Floor

New York, NY 10006

W: (212) 425-3240

M: (516) 660-4291

---

**From:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
**Sent:** Tuesday, December 9, 2025 2:32 PM
**To:** Brian Jasinski <BJasinski@mmmpc.com>
**Cc:** John Sheridan <JSheridan@mmmpc.com>; Justin Keating <jkeating@beinsaxelrod.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>; Justin Keating <jpkeatinglaw@gmail.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; W. Thomas Chappell <thomas.chappell@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>
**Subject:** RE: ILA v. VPA and Stephen Edwards;

Good afternoon counsel,

I am writing regarding your recently served discovery requests. As you know, we previously discussed the appropriateness of staying discovery pending the Court's ruling on the Motion to Dismiss. Given the pending Motion to Dismiss—which, if granted, would significantly narrow or eliminate the claims at issue—requiring the parties to engage in broad, burdensome discovery now would result in unnecessary expense and effort for both sides.

Although I understand you do not agree to a stay, the scope and volume of the requests you have served are disproportionate to the needs of the case

and go well beyond the limited issues presented in your Complaint. To avoid needless motion practice, we are willing to meet and confer regarding a more reasonable, targeted set of requests that could be addressed, if the Court requires discovery to proceed while the Motion to Dismiss is pending. Alternatively, if you continue to insist on the current scope of discovery, we will have no choice but to seek appropriate relief from the Court in our Motion for Protective Order requesting a stay of discovery pending the ruling on the Motion to Dismiss.

Please let us know your availability this week for a meet-and-confer to discuss your discovery requests.

Kind regards,

Jenny

**Jennifer L. Eaton**
Principal
Woods Rogers Vandeventer Black PLC

jennifer.eaton@woodsrogers.com
P (757) 446-8538 | F (757) 446-8670

101 West Main Street, Suite 500 World Trade Center
Norfolk, VA 23510

<image001.png>

**From:** Brian Jasinski <BJasinski@mmmpc.com>
**Sent:** Friday, December 5, 2025 4:52 PM
**To:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
**Cc:** John Sheridan <JSheridan@mmmpc.com>; Justin Keating <jkeating@beinsaxelrod.com>; Treyvon Jordan <tjordan@beinsaxelrod.com>
**Subject:** ILA v. VPA and Stephen Edwards;

**\*\*EXTERNAL EMAIL\*\***

Counselor:

Please see attached discovery demands.

Brian A. Jasinski

Mazzola Mardon, P.C.

39 Broadway, 34th Floor

New York, New York 10006

T: 212-292-0458

C: 516-660-4291

**CONFIDENTIALITY NOTICE**: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of the e-mail or the information herein by anyone other than the intended recipient(s), or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you are not the intended recipient, please contact the sender, delete, and then destroy all copies of the original message.