| | |
|---|---|
| **From:** | Jennifer L. Eaton |
| **Sent:** | Thursday, November 13, 2025 7:42 AM |
| **To:** | Justin Keating |
| **Cc:** | John Sheridan; Brian Jasinski; Katherine Lennon Ellis; Amanda Smith |
| **Subject:** | Re: Settlement Conference |

Justin,

Just wanted to check in. We haven't heard back from you regarding availability for the settlement conference. Do any of these dates work? We are required to get back with the magistrate's office this week and I'm technically on vacation so don't want it to fall through the cracks.

Also, have you had a chance to consider our prior discussion for a discovery stay pending ruling on the motion to dismiss? We would like to know whether you will agree to that or, if you prefer, a 30 day stay to allow for the court to hear the matter. Certainly, the goal here is to save costs and undue burdens for both parties until we know how the case will proceed and under what operative allegations.

Thank you,

Jenny

---

**From:** Jennifer L. Eaton
**Sent:** Monday, November 10, 2025 2:46:26 PM
**To:** Justin Keating <jpkeatinglaw@gmail.com>
**Cc:** John Sheridan <JSheridan@mmmpc.com>; Brian Jasinski <BJasinski@mmmpc.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>
**Subject:** RE: Settlement Conference

Justin,

See the below dates that work for both Judge Leonard and our office. Once we pick a date, I can confirm my client's availability as well.

January 6, 28, 29
February 10, 13
March 2, 4, 5, 6

Let us know what works for you all.

Thanks,

Jenny

Exhibit 1

**From:** Justin Keating <jpkeatinglaw@gmail.com>
**Sent:** Monday, November 3, 2025 3:03 PM
**To:** Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
**Cc:** John Sheridan <JSheridan@mmmpc.com>; Brian Jasinski <BJasinski@mmmpc.com>; Katherine Lennon Ellis <kate.lennon@woodsrogers.com>; Amanda Smith <amanda.smith@woodsrogers.com>
**Subject:** Re: Settlement Conference

**\*\*EXTERNAL EMAIL\*\***

That works for us. Can you check with their chambers and see what they have? That far out I'm optimistic he will have something that works for all of us.

> On Nov 3, 2025, at 2:59 PM, Jennifer L. Eaton <jennifer.eaton@woodsrogers.com> wrote:
>
> Justin,
>
> Thanks for getting the ball rolling on this. My suggestion would be to see which dates the magistrate has available before we circulate dates. In our experience, the magistrate's availability can be somewhat limited depending on the other matters they have pending in a given month.
>
> Jenny
>
>
> **Jennifer L. Eaton**
> Principal
> Woods Rogers Vandeventer Black PLC
>
> jennifer.eaton@woodsrogers.com
> P (757) 446-8538 | F (757) 446-8670
>
> 101 West Main Street, Suite 500 World Trade Center
> Norfolk, VA 23510
>
> <0.png>
>
>
> -----Original Message-----
> From: Justin Keating <jpkeatinglaw@gmail.com>
> Sent: Monday, November 3, 2025 2:54 PM
> To: Jennifer L. Eaton <jennifer.eaton@woodsrogers.com>
> Cc: John Sheridan <JSheridan@mmmpc.com>; Brian Jasinski <BJasinski@mmmpc.com>
> Subject: Settlement Conference
>
> \*\*EXTERNAL EMAIL\*\*
>
> Jenny-
>
> Do you want to put together some dates that everyone is available for a settlement conference? Just have to schedule it before Mar 24 2026. I would say as close to that date as possible, so we have finished all discovery.
>
> If convenient, I can send out a scheduling poll.

2

Exhibit 1

Thank you.

Justin

Case 2:25-cv-00523-JKW-RJK    Document 30-1    Filed 12/29/25    Page 3 of 3 PageID# 274

Exhibit 1