## UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Thursday, January 29, 2026

**MINUTE OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Jamar K. Walker, U.S. DISTRICT JUDGE

Deputy Clerk:   B. Peters                                                       Reporter:   Carol Naughton, OCR

| Set: 11:00 a.m. | Started: 11:02 a.m. | Ended: 11:20 a.m. |
|---|---|---|

| |
|---|
| Case No. 2:25-cv-523 |
| **International Longshoremen's Association** |
| **v.** |
| **Virginia Port Authority,** *et al.* |
| |
| John Sheridan, Justin Keating, Brian Jasinski appeared on behalf of Plaintiff. |
| Jennifer Eaton, Katherine Ellis appeared on behalf of Defendants. |
| |
| Matter came on for status conference via Zoom. |
| Counsel updated the Court re the departure of Mr. Edwards as CEO, Exec. Dir. of VPA. |
| Counsel advised that a motion to extend discovery deadlines may be forthcoming. |
| Comments of the Court. |
| |
| Court adjourned. |
| |
| |
| |
| |
| |
| |
| |
| |