UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION,

        Plaintiff,

v.

                                                               Civil No.  2:25cv523

VIRGINIA PORT AUTHORITY, *et al.*

        Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This action came for decision before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion to dismiss (ECF No. 13) filed by Defendants Virginia Port Authority and Stephen Edwards, in his official capacity, is GRANTED. Plaintiff International Longshoremen's Association's complaint is DISMISSED WITHOUT PREJUDICE.

DATED:  2/26/2026                                        FERNANDO GALINDO, Clerk

                                                               By         /s/
                                                                      D. Brandt, Deputy Clerk